UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.S.**                                    **CRIMINAL ACTION NO.  3:08CR-50-JHM**

**ROSE HILARIO COLIN**                                                          **DEFENDANT**

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY IN FELONY CASE

This matter has been referred to Magistrate Judge James D. Moyer by the District Court for the purpose of conducting proceedings pursuant to Fed.R.Crim.P. 11.  The Defendant, by consent and with retained counsel, Jason Kinser, appeared before me on May 23, 2008 for initial appearance on an Information filed with the Court on May 22, 2008.  The proceedings were reported by Dena Legg, Official Court Reporter and were interpreted by Lori Guitterez, Official Court Interpreter.  The defendant was advised of her rights, was arraigned on the charges, and she entered pleas of guilty as to Counts 1 and 2 of the Information pursuant to a Rule 11 (c)(1)(B) plea agreement.  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty pleas were knowledgeable and voluntary as to Counts 1 and 2 of the Information, and that the offenses charged were supported by an independent basis in fact concerning each of the essential elements of such offenses.  I therefore recommend that the pleas of guilty be accepted, and that the Defendant be adjudged guilty and have a sentence imposed accordingly.  The defendant shall have ten (10) days to file any objections to this recommendation pursuant to F.R.C.P. 72(b), or waive the opportunity to do so.

The United States having moved for detention and the defendant, through counsel, having executed a waiver of detention hearing form in open Court this date,

**IT IS HEREBY ORDERED** that the defendant is **remanded** to the custody of the United States Marshal pending sentencing before the District Court.

Official Court Reporter:     Dena Legg

Copies to:
United States Attorney
Counsel for Defendant
United States Marshal
United States Probation

0 | 50