UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**CRIMINAL ACTION NUMBER: 3:08CR-50-M**

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

vs.

**ROSE HILARIO COLIN**                                          **DEFENDANT**

### ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND <u>NOTICE OF SENTENCING</u>

Pursuant to the Report and Recommendation of the United States Magistrate Judge, the pleas of guilty of the Defendant to Counts 1 and 2 of the Information are hereby accepted, and the Defendant is adjudged guilty of such offenses.

The Defendant's motion to expedite proceedings [DN 11] is **granted** and the sentencing scheduled for September 8, 2008, is vacated. The **sentencing** is **rescheduled** for **June 30, 2008, at 1:30 PM EDT**, U.S. Courthouse, Louisville, Kentucky.

**IT IS SO ORDERED**.

Copies to:    Counsel of Record
                 U.S. Marshal
                 U.S. Probation